IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
MAR 1 1 2005
H&F

| | | |
|---|---|---|
| RENEE W. BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1554-SLR |
| | ) | |
| THE MAY DEPARTMENT STORES CO., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael E. Franklin, Esquire to represent The May Department Stores Co. in this matter.

Respectfully submitted,

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT
Delaware Bar No. 2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)
Attorney for The May Department Stores Co.

Date: March 11, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2005, counsel's motion for *pro hac vice* is granted

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE W. BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1554-SLR |
| | ) | |
| THE MAY DEPARTMENT STORES CO., | ) ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
MAR 1 1 2005
H&F

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri, the Bar of the State of Illinois, United States District Court for the Eastern District of Missouri and United States District Court for the Southern District of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local rules.

Signed: _/s/ Michael Franklin_
Michael E. Franklin

Date: 3/9/05

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 14th day of March, 2005, caused to be placed in the United States Mail, postage prepaid, a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION** *PRO HAC VICE* to:

Ms. Renee W. Byrd
2334 Tolstoy Lane
Newark, DE 19702

_____
DANIEL P. BENNETT