**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

July 12, 2005

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

Ms. Renee W. Byrd
2334 Tolstoy Lane
Newark, DE 19702

Daniel P. Bennett, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128

        Re: Byrd v. May Department Stores, Co.; Civ. No. 04-1554-SLR

Dear Ms. Byrd and Mr. Bennett:

      Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(a) and D. Del. LR 16.2.  On or before **August 12, 2005**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why.  Unless further ordered by the court, a scheduling conference will not be necessary.

                          Cordially,

                          SUE L. ROBINSON

SLR/rd

Enclosure

cc:  Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE W. BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1554-SLR |
| | ) |
| MAY DEPARTMENT STORES, CO., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this         day of August, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **September 12, 2005.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 12, 2005.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **January 12, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **January 26, 2006.** Reply briefs shall be filed on or before **February 2, 2006.**

                                                         _____
                                                         United States District Judge