# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

AREA CODE 302
573-4800

TELECOPIER
573-4806

July 22, 2005
Refer to: PI05-15988

**ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: <u>Renee W. Byrd v. The May Department Stores Co.</u>
C.A. No. 04-1554 (SLR)

Judge Robinson:

In response to the Court's letter dated July 12, 2005, please be advised that Defendant has no objections to the Court's Scheduling Order as proposed.

If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

BST/252011
cc:   Renee W. Bryd
      4 Tolstoy Lane
      Newark, DE 19702