File No. P105-15988
Doc. No. 232167

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RENEE W. BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1554-SLR |
| | ) | |
| THE MAY DEPARTMENT STORES CO., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of August, 2005, the following documents were forwarded to the below individual by first class mail:

Ms. Renee W. Byrd
2334 Tolstoy Lane
Newark, DE 19702

1. The May Department Stores Company's First Request for Admissions;

2. The May Department Stores Company's First Request for Production of Documents;

3. The May Department Stores Company's First Set of Interrogatories;

4. Notice of Videotaped Deposition.

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
Attorney for Defendant
The May Department Stores Co.

Date: August 3, 2005