August 18, 2005

Office of the Cllerk
Uniited States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware  19801-3570

Request:  To be appointed a Lawyer

To: Chief Judge
      Sue L. Robinson



Judge Robinson, I been receiving mail from your office and the May Corporation lawyers, Heckler and Frabizzio, requesting things that I don't understand and therefore do not know what to do.  I did file on my own with the help of the Office of the Clerk.  I did attempt to find a lawyer and I'm having bad luck, with one lawyer keeping my paper work for at least a month and a half, only to find out he chooses not to take the case.  Please appoint me a lawyer.  How do I go about delaying dates if the lawyer needs a little time?

Thank you,

Renee W. Byrd
23334 Tolstoy Lane
Newark, DE 19702


Re:  Byrd VS MAY Department Stores, Co.
       Civ. No. 04-1554-SLR

August 18, 2005


Daniel P. Bennett, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P. O. Box 128
Wilmington, DE 19899-0128


Re: Byrd vs. May Department Stores, Co.; Civ No. 04-1554-SLR

Dear Mr. Bennett,

I'm sending you this letter to inform your office that I'm requesting to be appointed a lawyer by the Office of the Clerk. So, at this time, I'm requesting any dates to be postponed until a lawyer has been appointed. Enclosed please fine a copy of my request.

Hopefully Understanding,

*Renee W. Byrd*

Renee W. Byrd
2334 Tolstoy Lane
Newark, DE 19702


*Copy Sent*



Ms. Renee Byrd
2334 Tolstoy Pl
Newark, DE 19702-4403

Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801-3570

