# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

September 1, 2005
Refer to: PI05-15988

Ms. Renee W. Bryd
2334 Tolstoy Lane
Newark, DE 19702

RE:  Renee W. Byrd v. The May Department Stores Co.
     C.A. No. 04-1554 (SLR)

Dear Ms. Byrd:

I am in receipt of your letter dated August 18, 2005 regarding the postponement of pending dates in the above-referenced matter. Please be advised that May Department Stores is willing to give you additional time to respond to the written discovery (Interrogatories and Requests for Production) served upon you. We will grant you an extension until the end of September to respond to such requests. With respect to your deposition scheduled for Tuesday, September 27, 2005, please be advised that we are willing to postpone that date also. Please contact me at your earliest convenience so that we may set a suitable time in the month of October for your deposition.

Unfortunately, based upon the Court's current Trial Scheduling Order in this matter, May Department Stores is unable to provide further extensions of time. Unless the Court provides relief from the previously issued Order, May Department Stores must comply with those deadlines, and ensure that it has taken all actions necessary to move the case forward in accordance with such guidelines.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

DANIEL P. BENNETT

DPB/bst/257792
cc:  Clerk, District Court