File No. PI05-15988
Document No. 264268

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE W. BYRD, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-1554 |
| THE MAY DEPARTMENT STORES CO., | ) |
| Defendant. | ) |

### RE-NOTICE OF VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, The May Department Stores Company, will take the videotaped deposition of Plaintiff, Renee W. Byrd, on Tuesday, November 29, 2005, beginning at 10:00 a.m. (previousely scheduled for October 25, 2005 at 10:00 a.m.) at the offices of Heckler & Frabizzio, 800 Delaware Avenue, Suite 200, Wilmington, DE 19801.

HECKLER & FRABIZZIO

_/s/ Daniel P. Bennett_
DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)
Attorneys for The May Department Stores Co.

Date: October 17, 2005

OF COUNSEL:
Michael E. Franklin, Esquire
The May Department Stores Co.
Office of Legal Counsel
611 Olive Street, Suite 1750
St. Louis, MO 63101-1799

cc:   Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of October, 2005, caused to be placed in the United States Mail, postage prepaid, a true and correct copy of the foregoing Re-Notice of Deposition to:

Ms. Renee W. Byrd
2334 Tolstoy Lane
Newark, DE 19702

HECKLER & FRABIZZIO

*/s/ Daniel P. Bennett*

DANIEL P. BENNETT
Delaware Bar No. 2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)
Attorney for The May Department Stores Co.

Date: October 17, 2005