File No. PI05-15988
Document No. 275443

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE W. BYRD,                                    )
                                                  )
        Plaintiff,                                )
                                                  )
v.                                                )     No. 04-1554
                                                  )
THE MAY DEPARTMENT STORES CO.,                    )
                                                  )
        Defendant.                                )

### DEFENDANT MAY DEPARTMENT STORES CO.'S
### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant hereby moves this

Court for an Order granting summary judgment in its favor.   In support of such

Motion, Defendant relies upon the facts and arguments set forth in its Opening Brief in

Support of Its Motion for Summary Judgment filed on January 12, 2006.

HECKLER & FRABIZZIO

DANIEL P. BENNETT
Delaware Bar No. 2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)
Attorney for The May Department Stores Co.

Date:  January 12, 2006