# WELCOME TO HECHT'S & STRAWBRIDGE'S

### A DIVISION OF THE MAY DEPARTMENT STORES COMPANY

You are now an associate of one of America's fastest growing department store companies. We are delighted that you have joined our team of almost 26,000 associates. As you begin your employment, it is important for you to know that we strive to make our workplace a safe and team-oriented environment, which supplies ample opportunity for professional growth.

Hecht's & Strawbridge's is a division of The May Department Stores Company, which is one of the largest retail companies in the nation, operating over 400 department stores in the United States, the District of Columbia and Puerto Rico. Hecht's & Strawbridge's operate stores in Maryland, Washington, DC, Virginia, North Carolina, Delaware, Pennsylvania, New Jersey and Tennessee.

This booklet contains many items of interest you will need to know about Hecht's and Strawbridge's and your new position. It contains a quick reference to company policies, practices and procedures relating to your employment. It is important that you read and become familiar with the following information. If you have any questions, please feel free to ask any member of management.

Welcome to the company!

1

# STORE - CENTRAL OFFICES
# WELCOME BOOKLET

Table of Contents

ABSENCES/TARDINESS ... 4
ACCIDENTS/SAFETY ... 4
ADA ... 4
ASSOCIATE ENTRANCES ... 5
ASSOCIATE IDENTIFICATION CARDS ... 5
ASSOCIATE HOLDS ... 6
ASSOCIATE PURCHASES ... 6
BENEFIT OF SALE ... 6
BENEFITS ... 6
Business Travel Accident Insurance ... 7
Credit Union ... 7
Direct Deposit ... 7
Discount on Purchases ... 8
Funeral Leave ... 8
Holidays ... 8
Jury Duty ... 9
Leaves of Absence ... 9
. Family and Medical Leave of Absence ... 9
. General Leave of Absence ... 9
Life Insurance (Company Paid) ... 10
Life Insurance (Optional) ... 10
Long Term Disability ... 11
Matching Gift Program ... 12
Medical Benefits ... 12
Dental Benefits ... 12
Vision Benefits ... 13
Personal Days ... 13
Profit Sharing Plan ... 14
Retirement Plan ... 14
Savings Bonds ... 15
Scholarship Program ... 15
Sick Pay ... 15
Vacation Benefits ... 16
BUILDING CLOSINGS ... 16
CASH (WALLET)LOSSES ... 17
CUSTOMER SERVICE ... 17
DEPARTMENT SPECIFIC STANDARDS ... 18
Alterations Department ... 18
Big Ticket Departments ... 19
Candy Department ... 19
Cosmetics Department ... 20
Jewelry (Bridge) Department ... 21
DIVERSITY ... 24

# STORE - CENTRAL OFFICES
# WELCOME BOOKLET

Table of Contents

DRESS STANDARDS ... 24
EATING/DRINKING ... 26
EMPLOYMENT ... 27
Conflict of Interest ... 27
Confidential Information ... 27
90 Day Probationary Period ... 27
Employment at Will ... 28
Equal Employment Opportunity ... 28
Status ... 28
Sales Manager Training Program ... 29
JOB ABANDONMENT ... 30
JOB POSTING ... 30
LOCKERS ... 30
LOSS PREVENTION ... 31
Associate Own Goods Form (AOG) ... 31
Inspections ... 31
Investigations ... 32
Shortage ... 32
Silent Witness ... 32
MEAL PERIODS/BREAKS ... 32
MISCONDUCT ... 33
NO SOLICITATION/NO DISTRIBUTION ... 33
OPEN DOOR POLICY ... 35
PAY ... 36
Overtime ... 37
Pay Period/Pay Day ... 37
PERFORMANCE APPRAISAL ... 37
PERSONAL BUSINESS ... 37
PERSONAL INFORMATION CHANGES ... 38
PROGRESSIVE COUNSELING ... 38
RECOGNITION ... 38
Productivity ... 39
Attendance ... 39
Customer Service ... 39
Service ... 39
REQUEST TO TRANSFER ... 39
SCHEDULING ... 40
Reporting Absences/Tardiness ... 40
Working Hours ... 40
SEXUAL HARASSMENT ... 40
SMOKE-FREE WORKPLACE ... 41
UNITED WAY CAMPAIGN ... 42
WORKPLACE VIOLENCE PREVENTION ... 43

# ABSENCES/TARDINESS

You are expected to adhere to your assigned work schedule. Any deviations from your schedule should be approved in advance by your department executive level manager or the Human Resources Manager. When you are unable to work your scheduled shift, and advance permission has not been granted, failure to work the schedule will be counted as a deviation. Such deviations may result in disciplinary action.

From time to time, emergencies arise which may cause you to miss work time. In some instances, such deviations from your schedule may be excused. Examples of excused deviations include: approved vacation days; approved personal days; approved bereavement leave; documented jury duty; witness duty, where a subpoena is served; military duty; approved leave of absence; approved paid holidays; approved days of religious observance; day(s) of industrial or work related injury; and/or an approved absence covered by Family and Medical Leave.

Deviations from your work schedule (absences, tardiness, leaving earlier than scheduled, etc.) cause a disruption to the company's work flow. Excessive deviations from your assigned work schedule will result in progressive disciplinary action. If you are beyond your first 90 days of employment, and you accumulate ten (10) deviations from your assigned work schedule in any 12-month period, you may be discharged. The level of discipline may be accelerated based on multiple deviations occurring within a specified period of time or if you are within your initial 90-day probationary period.

If you fail to report to work or to call Human Resources or your supervisor to report your absence for three consecutive scheduled work days, or one full week's scheduled hours, whichever is less, you will be deemed to have voluntarily abandoned your job, and your employment will be terminated immediately.

> **Remember: You must follow your schedule. All deviations must be pre-approved by management.**

# ACCIDENTS/SAFETY

...s a large organization, we have many assets to protect. Our most important ssets are: people (associates, customers, vendors); merchandise; and, our

physical environment (building, equipment, fixtures, etc.). Carelessness can cause accidents, injuries to yourself or others, and damage to our merchandise or physical environment. We must use safe work practices in all areas.

If you have or witness an accident or injury, or if one is reported to you, contact a member of management immediately. All accidents must be reported, even if there is no apparent injury or damage as a result of the incident.

Associates who work in the Receiving or Housekeeping departments or in a Merchandise/Freight Handler capacity are required to wear Safety Back Belts in order to prevent injuries from occurring. Back belts must be properly fastened and worn outside of clothing/apparel at all times while working. Belts are not permitted to be taken or worn outside of company property. At all times, associates are expected to be aware of their physical lifting limits and should always use the appropriate equipment and/or ask for assistance with large items. Grip gloves should be used when lifting boxes and you should always lift with your legs and not your back.

# AMERICANS WITH DISABILITIES ACT

We are committed to providing the extra efforts that may be required by our customers and visitors with disabilities. Every manager and associate is expected to help us provide these services as required by the Americans with Disabilities Act (referred to as the "ADA"), so that all of our customers and visitors benefit from the highest level of attention, service and respect. It is also Hecht's & Strawbridge's policy to reasonably accommodate the known limitations of an associate who is an otherwise qualified individual with a disability.

For more information about customer service and the ADA, please refer to Hecht's & Strawbridge's ADA customer service brochure which is distributed to each associate. If you need another copy, it is available from the Human Resources office at your location.

# ASSOCIATE ENTRANCES

You must enter and exit your own location through the designated associate entrance/exit at all times including days worked, days off, and paid time off. When traveling to another company location for business purposes, you should use the approved entrance(s) for that location.

Information regarding associate entrances for a specific location is available in your Human Resources office.

# ASSOCIATE IDENTIFICATION CARDS

Company ID cards, issued to you at the time you were hired, must be carried at all times while in a company facility. The ID card must be shown to gain entry to all locations during non-business hours. You must present your ID card or a government issued photo ID card when picking up paychecks. Upon termination of employment, you must return your company ID card to the Human Resources Office.

# ASSOCIATE HOLDS

Merchandise cannot be set aside and held for associates to purchase at a later date. Those making purchases must not ask other sales associates to hold merchandise for them. Sales associates must not hold merchandise for other associates under any circumstances.

# ASSOCIATE PURCHASES

To protect yourself and the company, you may not ring your own transaction nor are you permitted to authorize your own or your relatives' personal checks, returns or adjustments. Ask another sales associate or your supervisor to help you with your transaction.

# BENEFIT OF SALE

As promotional retailer, we maintain an aggressive calendar of sales events. Requests by executives and associates for a Benefit of Sale allowance on previously purchased merchandise will not be honored if it is outside the circumstances outlined in the corporate Standards, Procedures and Instructions (SPI) bulletin. You are eligible for a Benefit of Sale allowance under the same conditions as customers. However, there may be circumstances when an executive level supervisor will offer a Benefit of Sale allowance to a customer, outside of the seven (7) day period, in order to satisfy the customer.

You have ample opportunity to request a Benefit of Sale allowance if you have made a purchase in the seven (7) days prior to the price reduction. In addition, you receive discount on most purchases even when the merchandise is on sale. You are eligible for one Benefit of Sale allowance on any given purchase. Therefore, multiple Benefit of Sale allowances are not permitted.

6

---

Please refer any specific questions that you may have to your executive level supervisor or your Human Resources Manager.

> **Remember: Associates are entitled to one benefit of sale per purchase and it must be within 7 days of the purchase.**

# BENEFITS

## Business Travel Accident Insurance

The business travel accident plan is designed to provide 24-hour protection anywhere in the world for accidental death or accidental loss of limb, speech, sight or hearing for any associate traveling on company business. Associates do not have to enroll in the business travel accident plan and the cost of coverage is paid for by the company.

Associates can obtain additional information about the business travel accident plan from your location's Human Resources Office.

## Credit Union

The May Associates Federal Credit Union is a full service financial institution. It offers you a range of services including: checking and savings accounts; Christmas and vacation club accounts; certificates of deposit, VISA credit cards; personal and auto loans; etc.

As an associate, you may join the Credit Union at any time. The Credit Union is an excellent benefit exclusively for company associates. For further information, contact your Human Resources Office or call the Credit Union directly at (800) 321 - 8237.

## Direct Deposit

Hecht's & Strawbridge's offers the convenience of direct deposit of your pay. After six months of employment, you are eligible to have your pay direct deposited into your checking or savings account.

Your location Human Resources Office will contact you when you become eligible. Once enrolled, associates may make changes by completing the forms available in the Human Resources Office.

7

## Discount on Purchases

Hecht's & Strawbridge's associates, and their eligible legal dependents, enjoy a generous store-wide discount on qualifying purchases made in compliance with the company's Associate Discount Policy. The discount is available to all associates upon start date. For further information, see the company's Associate Discount brochure.

## Funeral Leave

In the event of the death of an immediate family member (i.e, mother, father, wife, husband, child, sister, brother) or any relative residing in the associate's household, you are eligible for paid funeral leave. You may take up to four calendar days off for bereavement. Each scheduled day missed due to bereavement will be paid at your normal rate of pay.

> **Remember: Your discount is a privilege and is only to be used for you and your dependents.**

## Holidays

Hecht's & Strawbridge's observes the following six holidays each year: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day. Regular Full-time and Regular Part-time associates are eligible for paid holidays after completing 180 days of employment.

If you work on a designated holiday, you will receive one and one-half times your regular hourly rate for all hours worked on that day and Holiday pay at your normal hourly rate times your average scheduled hours in a three week base schedule rotation. This will be paid in the same week as the holiday unless you notify the Human Resources Office at least two weeks in advance that you would like to receive a future day off with pay instead of Holiday pay.

If the holiday falls during your scheduled vacation, an additional day's pay will be added to that week's vacation earnings. If scheduled, Part-time associates are expected to work on a holiday. In the event that you are a Part-time associate and are unable to work your regularly scheduled work shift due to store closing hours, you will receive holiday pay for that shift. Casual, Weekenders, Reserve and Seasonal associates are not eligible for holiday pay.

8

## Jury Duty

If you are called to serve on jury duty, you must notify the Human Resources Office immediately. Full-time and Regular Part-time associates serving on jury duty will receive the difference between their regular pay and the amount of compensation received for jury duty.

## Leaves of Absence

### FAMILY AND MEDICAL LEAVE OF ABSENCE (FMLA)

Hecht's & Strawbridge's complies with all laws in offering the Family and Medical Leave of Absence (FMLA). You are eligible for FMLA leave if you have completed 12 months of service and have worked for at least 1,000 hours during the 12-month period immediately preceding the commencement of the leave. Hecht's & Strawbridge's grants FMLA leave to eligible Associates for the following reasons:

- your own serious health condition, including pregnancy-related health conditions and childbirth;

- the birth of your child or to care for a newborn child (must be taken within 12 months of the birth);

- the placement of a child with you for adoption or foster care (must be taken within 12 months of the placement of the child);

- the care of your son, daughter, spouse, or parent ("family member") who has a serious health condition; in New Jersey, in-laws are "family members."

Eligible associates are entitled to 90 calendar days of unpaid FMLA leave within a 12-month period (16 work weeks within a 24-month period in Washington, D.C. locations). More details about FMLA are available at your location's Human Resources Office.

### GENERAL LEAVE OF ABSENCE

Regular Full-time and Regular Part-time hourly associates who have been on regular status for at least one year may request a Leave of Absence which, if granted, will be for a period of not more than one month for each full year of employment and will not exceed a total of six months in a 12-month period.

9

In all cases except medical emergencies, requests for leave must be made in advance ...ppropriate approvals obtained prior to the beginning of the leave. A ...rmal written leave of absence request and the appropriate leave forms must be returned to your Human Resources Office. Your Human Resources Manager will notify you of the decision regarding your request. Applications to extend a leave should follow the same procedure.

Should you fail to return to work when the leave expires, you will be considered to have voluntarily terminated your employment.

## Company Paid Life Insurance

If an associate is a retirement plan member, the associate is automatically a member of the company-paid life insurance plan. All associates who are members should complete a beneficiary designation form for the company to keep on file. This beneficiary designation form will instruct the plan who to pay if an associate dies.

The company-paid life insurance plan provides group term life insurance coverage and accidental death and dismemberment coverage ("AD&D"). The amount of life insurance coverage is one times Annual Pay (as defined by the plan) minus any benefit paid or payable from the Retirement Plan. AD&D coverage doubles the life insurance amount if an associate dies because of an accidental injury within 90 days after the accident. AD&D coverage may also pay a percentage of the life insurance amount if an associate suffers the loss of eyesight, a hand or a foot.

The company-paid life insurance coverage is provided by the company at no additional cost to you.

Associates can obtain additional information about the company-paid life plan from their location's Human Resources Office.

## Optional Life Insurance

Regular associates who normally work at least 20 hours per week are generally eligible to enroll in the optional life insurance plan. To enroll in the optional life insurance plan, associates are required to complete an enrollment form and designate a beneficiary within 31 days after their date of hire (or if later, the date they are first eligible to join the plan). If an associate does not complete an enrollment form within 31 days after their date of hire (or if later, the date they are first eligible to join the plan) and later wants to enroll in the plan, the associate must complete a late

enrollment process which includes providing medical eviden[ ] f good health. Associates pay the full cost of optional life insurance plan membership.

The optional life insurance plan provides group term life insurance coverage and accidental death and dismemberment coverage ("AD&D"). Associates can elect optional life insurance coverage equal to one or two times Annual Pay (as defined by the plan). Associates choose which level of coverage they want when they enroll. AD&D coverage doubles the life insurance amount if an associate dies because of an accidental injury within 90 days after the accident. AD&D coverage may also pay a percentage of the life insurance amount if an associate suffers the loss of eyesight, a hand or a foot.

Associates can obtain additional information about the optional life insurance plan from their location's Human Resources Office.

## Long Term Disability

For protection in the event of long-term illness or disability, Hecht's & Strawbridge's offers a Long Term Disability Plan for Regular Associates. This Plan is in addition to the company-paid Sick Pay Program and is available to all Regular associates who have completed one year of continuous Regular service and whose earnings are $6,000 or more per year. In the event you become totally disabled, the Plan will, in most cases, pay a benefit equal to 60% of your prior year's earnings.

Your Human Resources Manager will notify you when you become eligible for enrollment in this Plan and will give you a Summary Plan Description booklet providing more details of the Plan. If you enroll, coverage is effective the first day of the month following your one-year anniversary as a Full-time or Regular Part-time associate.

For further information, see your Human Resources Manager.

> **Long Term Disability is offered in addition to our sick pay plan to protect you in the event of a long-term illness or disability.**

## ...atching Gift Program

The May De... .ment Stores Company Matching Gift Program encourages associates to support education, the arts, cultural institutions and qualified hospitals. Under the program, our foundation will match 100% of your qualified contributions on a dollar for dollar basis up to $20,000 each calendar year.

For further information, see your Human Resources Manager.

## Medical Benefits

Associates who have regular status and normally work at least 20 hours per week are eligible to enroll in a medical plan. Associates must enroll in a medical plan within 31 days after their hire date (or if later, the date they are first eligible to join). Newly-hired associates can choose to have coverage begin on the first day of the calendar month following completion of either 60 or 180 days of continuous regular service (in North Carolina locations, coverage begins on the 90th day of continuous regular service). Associates who choose to begin membership on the first day of the calendar month following completion of 60 days of continuous regular service pay the full cost of membership until the first day of the calendar month following completion of 180 days of continuous regular service. In North Carolina locations, the company begins making its contribution when coverage goes into effect.

Associates who do not enroll within 31 days after their hire date (or if later, the date they are first eligible to join), generally may not enroll in a medical plan until the next Annual Election/Transfer Enrollment period.

Associates can obtain additional information about medical plan benefits from their location's Human Resources Office.

## Dental Benefits

Associates who are eligible to enroll in the dental plan. Associates must enroll in a dental plan within 31 days after their hire date (or if later, the date they are first eligible to join). Associates can enroll in the dental plan even if they decide not to enroll in a medical plan. Newly-hired associates who enroll in the dental plan, but not a medical plan, will begin membership in the dental plan on the first day of the calendar month following completion of 180 days of continuous regular service. Newly-hired associates who enroll in both

the dental plan and a medical plan will begin dental plan me...ership on the same date the associate elects to have their medical plan membership begin, that is, the first day of the calendar month following either 60 or 180 days of continuous regular service (in North Carolina locations, coverage begins the first of the month following either 60 or 180 days of continuous regular service with or without medical plan enrollment). Associates pay the full cost of dental plan membership.

Associates who do not enroll within 31 days from their hire date (or if later, the date they are first eligible to join) generally may not enroll in the dental plan until the next Annual Election/Transfer Enrollment period, and benefits will be reduced during the first year of dental plan membership.

Associates can obtain additional information about dental plan benefits from their location's Human Resources Office.

## Vision Benefits

Associates who have regular status and normally work at least 20 hours per week are eligible to enroll in the vision plan. Associates must enroll in the vision plan within 31 days after their hire date (or if later, the date they are first eligible to join). Associates can enroll in the vision plan even if they decide not to enroll in a medical plan. Newly-hired associates who enroll in the vision plan, but not a medical plan, will begin membership in the vision plan on the first day of the calendar month following completion of 180 days of continuous regular service. Newly-hired associates who enroll in both the vision plan and a medical plan will begin vision plan membership on the same date the associate elects to have their medical plan membership begin, that is, the first day of the calendar month following either 60 or 180 days of continuous regular service (in North Carolina locations, coverage begins the first of the month following either 60 or 180 days of continuous regular service with or without medical plan enrollment). Associates pay the full cost of vision plan membership.

Associates who do not enroll within 31 days from their hire date (or if later, the date they are first eligible to join) generally may not enroll in the vision plan until the next Annual Election/Transfer Enrollment period.

Associates can obtain additional information about vision plan benefits from their location's Human Resources Office.

## Personal Days

Hecht's & Strawbridge's personal day policy operates on a calendar year basis. Regular Full-time and Regular Part-time associates are eligible for personal days after the completion of six months of continuous Regular service. You are eligible for personal days based on your date of employment, Regular employment date, your current employment status and continuous service history.

You are entitled to two (2) floating personal days each calendar year. These personal days vest on January 1 and may be taken any time during the calendar year.

You are paid for a personal day based on your average scheduled hours in a three week base schedule rotation. You are expected to schedule personal days in advance and receive the prior approval from your immediate supervisor and Human Resources Manager. In the event of a scheduling conflict, preference in scheduling personal days will be given based on seniority.

You must work the scheduled day before and scheduled day after you take a personal day to be paid for that day unless you can provide evidence of medical attention.

## Profit Sharing Plan

Members of the Retirement Plan are also eligible to participate in The May Department Stores Company Profit Sharing Plan. This Plan gives associates the opportunity to add their personal investments to the retirement income provided by the Retirement Plan and Social Security. In general, if an associate invests in the Profit Sharing Plan and is employed on the last day of the calendar year, May will allocate an additional amount to the associate's account by applying a matching rate to the first 5% of invested pay. The matching rate is based on May's performance, and the matching allocation is made primarily in shares of May's preferred stock. Associates' Profit Sharing Plan contributions are deducted from each payroll check.

Prior to becoming eligible to participate, associates will be invited to attend a meeting describing the details of the Plan and the CallMAY telephone system. Associates use the CallMAY system to enroll in the Plan, authorize contributions to the Plan through payroll deductions, change contribution rates, change investments and check investment performance.

---

Associates can obtain additional information about Profit Sharing Plan benefits from their location's Human Resources Office.

> **The Profit Sharing Plan is a great opportunity to save for retirement. The company match might add to your savings!**

## Retirement Plan

In general, associates become members of The May Department Stores Company Retirement Plan after they have completed one year of service during which they have been paid for at least 1,000 hours and if they are at least 21 years old. The Retirement Plan features a Company-paid pension benefit which, along with Social Security, is designed to provide associates with a basic level of retirement income. Prior to becoming eligible for membership, associates will be invited to attend a meeting describing the details of the Plan.

Associates can obtain additional information about Retirement Plan Benefits from their location's Human Resources Office.

## Savings Bonds

All Full-time and Regular Part-time associates may purchase U.S. Savings Bonds through payroll deductions. Deductions may be initiated at any time. If you qualify, you should contact the Human Resources Office for additional information.

## Scholarship Program

Through the National Merit Scholarship Corporation, The May Department Stores Company provides college scholarships worth up to $10,000 each ($2,500 a year) for high school students who are children of Full-time or Part-time associates or are associates themselves.

For further information, see your Human Resources Manager for a brochure.

## Sick Pay

To provide income protection in the event of illness or disability, Hecht's & Strawbridge's provides a Sick Pay Program for its Regular Full-time and Regular Part-time Associates. This program is provided at no cost to you; Hecht's & Strawbridge's pays the entire cost. A separate brochure explains the details of our sick pay program and is available in your location's HR office.

Sick pay benefits are paid at 60% of your regular hourly pay rate in effect at the time you stop working due to disability or illness. The hours paid for each day of sick pay are based on your work schedule. Benefits are paid after any applicable waiting periods and sufficient documentation of the illness/disability have been provided. The waiting period and duration of the payment are based on your length of continuous Regular service.

## Vacation Benefits

Hecht's & Strawbridge's vacation year is from May 1 to April 30. All Regular Full-time and Regular Part-time associates are eligible for vacation. You are eligible for vacation on the first day of the month following six months of continuous Regular service based on your most recent date of hire. Vacations are earned and taken in the same vacation year. The amount of vacation to which you are entitled is based on your:

- vacation eligibility date;

- completed years of continuous service as of May 1;

- average scheduled hours in a three week base schedule rotation;

- employment status at the time you are taking your vacation;

- satisfaction of minimum hours worked requirements where indicated;

- employment history.

Effective May 1, 2001 and beyond, you vest in 1/12th of your maximum annual vacation entitlement on May 1 of the vacation year and 1/12th on the first day of each consecutive month of the vacation year.

Whenever possible, vacation is to be taken in one-week increments. All vacation requests must be approved in advance. In the event of a scheduling

16

---

conflict, preference in scheduling vacation will be given bas.     .| seniority. You should not request vacations during the peak periods in your department. Consideration will be given to the requirements of the business in approving vacation requests. Vacation weeks and time taken in daily increments (when approved) will be paid at your average scheduled hours in a three week base schedule rotation.

For further information, see your Human Resources Manager for a brochure.

## BUILDING CLOSINGS

In the event that the company must suspend business as required by governmental authorities, disaster, weather, etc., notification will be made through local radio and television stations. You are, therefore, requested to listen and watch for any such notice.

If your facility does not open for business at all:

- Eligible Full-time and Regular Part-time associates may use a vacation or personal day, or may choose not to be paid for that day. Sick pay may not be used for this purpose. Sick pay will be paid only to eligible associates with proof of medical illness.

- Reserve, Weekend and Seasonal associates are not eligible for vacation and personal days and will not be paid for that day.

If your facility opens late or closes early:

- Associates who report to work, and are working at the time the facility closes, will be paid for the hours they were normally scheduled to work that day (but not any overtime scheduled for that day).

- Associates who arrive after the facility opens, or leave before it closes, will be paid only for hours worked.

- Executives will be notified as to how they are expected to work based on the circumstances at each location.

## CASH (WALLET) LOSSES

You are expected to give the same care and attention to company funds (cash and cash equivalents) and assets that you would to your own. Carelessness in the handling of cash and cash equivalents has been increasing, and our company's losses are rapidly expanding as a result. This is a serious condition which the company will take a firm stand on. All associates and executives are reminded that carelessness in handling cash or cash equivalents, whether or not

17

t results in a loss, result in termination of an associate's employment with the company.

## CUSTOMER SERVICE

Customer service is essential to the company's success. Your contribution is important. Whether or not you interact directly with a customer (on the telephone, providing a service, etc.), you play an important part in our ability to have quality merchandise available to our customers at a value price. If you experience any problems with your work assignment that hinder your ability to provide exceptionally friendly customer service, please speak to your manager or the Human Resources Manager. We are all part of a team dedicated to the success of Hecht's & Strawbridge's.

Associates are expected to offer Friendly service during each and every customer interaction. There are five (5) steps to Friendly service:

- Smiling
- Greeting/Acknowledging
- Thanking the customer
- Using the customer's name whenever possible

Friendliness at Hecht's & Strawbridge's is expected by our customers and is essential in differentiating us from our competition. In fact, these friendly behaviors mirror those that you exhibited during your employment interview. Therefore, they are exactly the reason why we have employed you! Everyone is asked to strive to go above and beyond these customer expectations by offering exceptionally Friendly service whenever possible.

> **Remember: Providing exceptionally friendly customer service is an essential part of your job.**

## DEPARTMENT SPECIFIC STANDARDS

Associates working in the following departments are expected to follow these applicable guidelines:

18

## Alterations Department

If you work in the Alterations department, you are not permitted to bring in any garments to sew, alter, clean, press, etc., using company equipment and/or supplies free of charge. If your own garments require alterations, it must be taken to the retail department, and the applicable fee must be paid. It will then be handled under the company's policies and procedures, just as if you were a customer. As an Alterations department associate, you cannot solicit alterations of company customers for your own personal business, regardless of where or when services are performed, and for which the company does or does not receive payment.

## Big Ticket Departments

- Bonus Promotions, including bed frames, will be given only when specified by the Buying Office and will follow the Methods and Procedures SPI for the specific promotion. They will not be given on any other occasion.

- Purchase with Purchase promotions will only be given with specific merchandise and only sold with items indicated for the promotion. Promotional purchase with purchase must be clearly identified on the sales check and validated in the appropriate department. If there is any doubt or question, contact a member of management immediately.

Exchanges and Returns:

1. Area rug credits may be issued from the floor as long as merchandise is returned.

2. Furniture Exchanges may never be initiated on the selling floor. The decision for an exchange may only be made by the Joppa Service Facility.

3. Furniture returns may only be issued on the selling floor if merchandise is returned to the store in perfect condition.

4. Benefit of sales may not be initiated or validated in the stores. This must be generated at the Joppa Service Facility.

When an "As Is" piece of merchandise is sold, associates are required to indicate the damage on the customer's receipt as well as list damaged merchandise on the notepad.

Competitive Pricing:

1. We do not meet competitor's pricing in Furniture.

2. Our "we will not be undersold" policy states we will meet the advertised price on comparable merchandise. Comparable is defined by the list provided by the Buying Office only, and not on the word of a customer or manufacturer. All competitive pricing adjustments must be handled in accordance with SPI 5-07 dated 8-

19

18-8*'e, calling the Buying Office and receiving an authorization number (in advance). On nights and weekends, a Store Senior Executive may approve the price based on the buyers list and log it in the store control log. On the following business day, the Buying Office must be called and receive an authorization number.

Adjustments other than meeting competitive pricing including but not limited to markdowns of clearance below which it is priced, and floor sample adjustments must be authorized by the Buying Office and a control number given and logged. Delivery Fee adjustments may be made at the discretion of a Senior Store Executive only. The reason for the adjustment and the name of the Senior that waived the fee should be typed onto the notepad.

If a customer wishes to have merchandise delivered to the store for pick up, the customer must be charged the appropriate delivery fee. Our policy does not permit customer pick-up at the stores, unless approved by Senior Store Management. The customer must still incur the cost of the appropriate delivery fee.

The MITS system allows merchandise to be reserved for a customer for 7 days prior to validation. This allows customers one week to make a decision on their furniture purchases. Reserved merchandise is not available for sale to other customers. Inappropriate reservations prevent us from selling this merchandise. Associates should reserve merchandise for customers who are seriously considering making a furniture purchase. Merchandise cannot be reserved for any other reason. Reservations will be audited on a regular basis to ensure compliance with this policy. Violations of this policy will result in disciplinary action up to and including termination of employment.

## Candy Department

You are expected to give the same care and attention to candy (bulk or pre-packaged) and baked goods as is the case with all other merchandise. Carelessness in the handling of such merchandise (e.g., eating, sampling, unapproved testing of the merchandise) may result in the company experiencing a shortage, loss, or unsaleable goods.

All pre-approved taste testing samples are to be logged by the Area Sales Manager and empty packages for taste testing goods are to be placed in a container or designated box for testing or breakage/spoilage. Refer to the Standards, Procedures, and Instructions (SPI) bulletin #4-33 for further details.

20

---

All broken or spoiled candy which has been marked out of stk. . .must be forwarded to the store compactor for disposal. A copy of the mark out of stock document must accompany the merchandise. Eating or unauthorized removal of candy or baked goods, as well as candy or baked goods that are damaged or spoiled, will be considered a violation of company policy.

## Cosmetics Department

### Limitations on Cosmetic Purchases

Cosmetics are to be sold only to the ultimate consumer. Our policy is to prevent purchases for resale to unauthorized wholesalers or other individuals.

- The following limitations on the number of pieces per customer have been set for ALL cosmetic items/products:

1. Non-retail merchandise (Gift with Purchase) - All Vendors
   i. 1 gift per customer per purchase per promotion, regardless of the number of items sold or the dollar amount of the sale.
2. Retail Merchandise (Cosmetic Product) - All Vendors
   Limit sales to all customers to no more than four units of any one SKU.
3. Retail Merchandise (Purchase with Purchase) - All Vendors
   i. 1 "PWP" per customer per purchase per promotion, regardless of the number of items sold or the dollar amount of the sale.

### Gift with Purchase or Special Purchase with Purchase Merchandise

- "Gift with Purchase" (GWP) merchandise may only be given with the purchase of the merchandise specified.
- Specified "Purchase with Purchase" (PWP) merchandise may only be sold with the required purchase and cannot be sold alone or at a reduced price.
- Under no circumstances may GWP's or PWP's be removed from the store, or used, by associates or Beauty Advisors without their making the required purchase.

### Sample Merchandise

- Every customer who makes a purchase may be given samples, when samples are available.
- Sample merchandise may also be given to customers (and only to associates when they are customers and make a purchase) when they express interest in the product or during a promotion to build sales. The conditions and quantities will be determined by the buying office. Beauty Advisors may not take or accept samples for their personal use.

21

## Testers

- Testers, .....ner indicated as such by a label or not, are for the use of the Beauty Advisor in demonstrating cosmetics, fragrances, treatment lines, etc. for the customer in the cosmetics department.
- Testers, whether treatment of fragrances, are not to be used by the Beauty Advisors or by other associates for personal grooming.
- Under no circumstances may testers, even if partially empty, be given to customers or associates or be given to or taken by Beauty Advisors for their use.

## Cosmetics Vendor Gifts to Beauty Advisors – "Gratis"

- Cosmetics or fragrances given to or sent to Beauty Advisors by the vendor are specifically for their own personal use so they become familiar with the line to better service the customer. Gratis cannot be sold or returned for credit.
- Some cosmetics, however, may be exchanged if the merchandise is the same brand and in the same size and quantity and only for color or skin type of the Beauty Advisor. If the gift/merchandise is not carried by Hecht's & Strawbridge's, it may not be exchanged at Hecht's & Strawbridge's.
- All exchanges of such merchandise must be accompanied by an AOG form obtained from the Loss Prevention Department at the time of entry into the facility. Proper authorization by the Cosmetics Area Sales Manager or the Cosmetic Divisional Sales Manager is mandatory.
- All gifts from vendors must be accompanied by a written AOG form obtained from the Loss Prevention Department, or written authorization from a senior manager. Vendors are responsible for obtaining an AOG upon entering the facility with a gift for a Beauty Advisor or they must take the merchandise to the Executive Office for written authorization. Beauty Advisors are not to accept gifts from vendors on the job without the appropriate written authorization form.

## Cosmetic Terminal Transactions

- You may only use your own associate number in the completion of any sales transaction you begin. You may not complete or authorize a sale, refund, exchange or adjustment for yourself or your relatives.
- Our customers expect professional and efficient service. Therefore, when you begin a sale with a customer, you are personally expected to follow it through to completion even when the customer wishes to buy merchandise in an area to which you are not assigned. Make sure that a customer with a return is treated in the same friendly and efficient manner as a customer making a purchase.

22

## Other

- Damaged merchandise under no circumstances may be removed from the facility. Under no circumstances may used or old merchandise be given away to customers, associates or taken by Beauty Advisors.
- Vendors do not have authorization to override any of Hecht's & Strawbridge's policies as stated above.

These are basic standards you are expected to follow. Any unacceptable departures from these rules or failure to follow any other company practices, policies or procedures may result in disciplinary action up to and including termination of employment.

## Jewelry (Bridge) Department

Security precautions:

- Not more than two (2) pieces of 14 carat gold jewelry or Sterling Silver jewelry may be shown to a given customer at any given time. The customer may not hold more than one of these items at any given time. The other item must be held by the Sales Associate.
- You must keep the jewelry cases locked at all times, even while you are in the department, and while you are showing merchandise to a customer. This includes any "Outpost."
- Only the Area Sales Manager, or other duly authorized Associate may operate the safe.
- Only duly authorized associates and executives are permitted behind the Bridge Jewelry counter. Any other authorized individuals will be determined by the executive in charge of the building.

Closing:

- Preparation for the close of business cannot occur more than one-half (½) hour prior to the stated store closing time.
- All merchandise with a current selling price of $501.00 or more, as well as all diamond and precious stones, are to be locked in the department safe.
- All merchandise with a current selling price of between $101.00 and $500.00, are to be removed from the display cases each night and stored in a locked stock area within the department.
- Merchandise with a current selling price of $100.00 or less may be left in the locked display cases.
- The Area Sales Manager, or designated associate, is responsible for ensuring that all keys in the department are returned to the Loss Prevention representative(s). Any missing keys are to be reported to the Loss Prevention department immediately.

23

# DIVERSITY

We value diversity in our workplace. We work to build diversity and sensitivity to diversity into our basic fabric and culture. We require that our associates treat all other associates, and all customers, suppliers and any others with whom our associates interact fairly, equally and with dignity. The variety and individuality of our associates, our customers, and all others with whom we interact enhance the quality of our work environment and our customers' shopping experience. We strive every day to be sensitive to the uniqueness each of us brings to our company.

For more information about Hecht's & Strawbridge's Diversity policy and our complaint procedure, please refer to the "A Matter of Respect" brochure which is distributed to every Hecht's & Strawbridge's associate. If you need another copy of the brochure, it is available from the Human Resources office at your location.

> **Remember: The company values diversity and everyone should be treated with respect and dignity.**

# DRESS STANDARDS

## Customer Contact Departments and Offices

Acceptable business dress for females includes:

*One or two piece dresses, suits or coordinated skirts and blouses.
*Career dresses, skirts, and split skirts at appropriate business length.
*Dress pants with blouse or sweater under a coordinated vest or jacket unless wearing a company approved garment).
*Appropriate foundation and undergarments.
*Hosiery at all times.
*Company provided clothing.
*Dress shoes (polished and in good repair) that complement the outfit.
*Appropriate accessories.
*Clothing that is well fitted, clean and properly pressed.
*The Company name badge worn at all times and at customer eye-level on the associate's left side.

## Unacceptable dress for females includes:

*Casual pants, stirrup pants, leggings, and jeans.
*Shorts, sun dresses, casual split skirts, and skorts.
*Sleeveless or strapless dresses, blouses, tops.
*Knee socks, anklets, bare legs.
*Sport shoes, slippers, casual shoes (including cowboy boots).
*Accessories intended for casual wear, including denim.
*Headwear, hats, scarves.
*Revealing/bare/brief/clinging clothes.
*Extreme styles and/or colors in accessories, clothing or hair.
*Headsets (radios, tape players, etc.).
*Extreme body piercings.

## Acceptable business dress for males includes:

*Business suits or sport coats with solid color dress pants. Solids or neutral colors are appropriate, with jackets worn on the selling floor at all times (unless wearing a company approved garment).
*Dress shirts with cinched ties-coordinated to the outfit.
*Business dress shoes (polished and in good repair).
*Business dress socks.
*Company provided clothing.
*Beards and mustaches must be neatly trimmed and well groomed.
*Good grooming - hair and fingernails.
*Clothing that is well-fitted, clean and properly pressed.
*The Company name badge worn at all times and at customer eye level on the associate's left side.

## Unacceptable dress for males includes:

*Loud colors and patterns.
*Jeans, casual pants, and shorts.
*Denim.
*Casual tops, sport shirts, turtlenecks, and sweaters worn in place of a suit or sport coat.
*Sport shoes, topsiders, casual shoes (including cowboy boots).
*Headwear, hats, scarves.
*Extreme styles and/or colors in accessories, clothing or hair.
*Headsets (radios, tape players, etc.).
*Extreme body piercings.

> **Remember: Following the dress code is key to a professional appearance.**

<u>Non-Customer Contact Areas (stock, receiving, expediter, etc.):</u>

Acceptable business dress for males and females is the same as customer contact departments except:

*Denim may be worn, provided it is clean, neat and in good repair.

*T-shirts or sweatshirts (excluding those with slogans or sayings in conjunction with store or company promotions) may be worn provided they are clean, neat and in good repair.

At no time may you report to work wearing or displaying any slogans, buttons, or sayings unless in conjunction with a store or company promotion.

You are responsible for ensuring your adherence to company dress standards. If you have a question concerning appropriate dress, check with your manager or the Human Resources Manager before wearing the item to work.

If you work in the Platform/Receiving area, you are required to wear hard soled, protective footwear (no tennis shoes, athletic shoes, etc.): For safety reasons, you may not wear shorts, warm-up suits, biker pants, halter tops, or midriff tops to work.

Freight Handlers are required to wear properly fastened Safety Back Belts outside of their clothing in order to prevent injuries. Safety Belts may not be taken or worn outside of company property, and must be returned to the Human Resources Office or executive level supervisor when leaving the company's employment. If you lose your company issued Safety Belt, the cost of replacing the belt will be deducted from your paycheck.

## EATING/DRINKING

Eating & drinking is permitted only in the Associate Lounge and private office areas.

## EMPLOYMENT

### Conflict of Interest

You should not own any substantial stock or other financial interest in or participate in the business of, or serve as a director, employee or consultant to:

- Anyone (other than a retail customer) having or seeking business with the company, including actual or potential resources, or
- A competitor of the company

The question of what constitutes a "substantial" stock or other financial interest will depend on the particular facts and circumstances in any given case.

### Confidential Information

You, in the course of your duties, may have access to confidential information regarding the company, its suppliers, customers or associates. Associates must not reveal or divulge any such confidential information to an unauthorized person. Associates' salaries are considered confidential and should be treated as such.

As an associate of the company, you may not speak to outside agents or agencies about the company without prior approval by the office of the Chairman. All press and media inquiries should be directed to the Office of Public Relations at (703) 558 - 1200.

Any questions about this policy or the nature of confidential information may be directed to your General Manager or Human Resources Manager.

### 90 Day Probationary Period

Your first 90 days of employment are considered an orientation period. If at any time during this period your performance is not at the level expected, your supervisor will counsel you on the areas for improvement. At the end of 90 days you will receive a performance appraisal. We expect most associates to achieve a "satisfactory" rating after 90 days. An "unsatisfactory" rating may result in termination of employment. If unsatisfactory performance continues, new associates may be released for

unsatisfied.    erformance during the first ninety days with the approval of Human Resources.

## Employment At Will Statement

You are asked to read and fully understand the following statement of the terms of employment for associates of Hecht's & Strawbridge's. Your Human Resources Manager will answer any questions you may have.

Employment with Hecht's & Strawbridge's is not for a stated period. Either Hecht's & Strawbridge's or you may discontinue the employment relationship at any time without cause or notice. Only the Chairman, President, Chief Financial Officer or Senior Vice-President of Human Resources of the May Department Stores Company has the authority to enter into an agreement contrary to the foregoing, and then such an agreement must be in writing and signed by one of these Company officers and the associate. No other practice, written or oral policy or statement by anyone, including store managers or any other management personnel, can alter this employment relationship.

## Equal Employment Opportunity Policy

Hecht's & Strawbridge's maintains equal employment opportunities for all associates. It is our policy to take affirmative action to ensure equal opportunity in all personnel actions and procedures, including, but not limited to recruiting, hiring, training, transfers and promotions, compensation, benefits, and all other terms, conditions, and privileges of employment. We make reasonable accommodations for religious observances and beliefs. This policy is administered without regard to age, citizenship, color, disability, marital status, national origin, race, religion, sex, sexual orientation, veteran's status, or any other characteristic protected by federal, state or local laws. Hecht's & Strawbridge's forbids discrimination or harassment on the basis of any of these characteristics in all terms, conditions and privileges of employment.

Hecht's & Strawbridge's commitment and policy on nondiscrimination extend to more than our associates. We all must ensure that our customers, vendors, and all others we come into contact with during the course of our business day are treated fairly and with dignity.

Every manager is responsible for assisting the company in the implementation of this policy and every associate is required to adhere to this policy not only in practice but in spirit.

---

Hecht's & Strawbridge's will act promptly to investigate every co:   nt of discrimination or harassment and to remedy the situation effectively when a violation of company policy has occurred. We will treat discrimination or harassment as we do any other form of associate misconduct, and we will take disciplinary action, up to and including termination, as management determines to be appropriate.

If you believe you have experienced, witnessed, or learned of discrimination or harassment in the workplace in violation of Hecht's & Strawbridge's policy, you should immediately notify your Human Resources Manager or another member of management with whom you are comfortable. This is to ensure that we can take appropriate action to determine whether company policy has been violated and, if so, to prevent similar conduct in the future.

As in all such matters, the privacy of the associate will be respected to the extent possible. Company policy forbids retaliation against anyone who has made a discrimination or harassment complaint or assisted in an investigation.

For more information about our equal opportunity policy and our complaint procedure, please refer to the "A Matter of Respect" brochure which is distributed to every Hecht's & Strawbridge's associate. If you need another copy of the brochure, it is available from the Human Resources office at your location.

## Non-Exempt Status

Associates not exempt from overtime (no one will be employed in a lesser category on a "trial" basis) are defined as:

A.   **FULL-TIME REGULAR**
     Those who work a regular schedule of 35 to 40 hours each week, which may include evenings, Saturday and Sunday.

B.   **PART-TIME REGULAR**
     Those who work a regular schedule of 20 to 34 hours each week, three to five days a week, with or without evenings, Saturday and Sunday.

C.   **PART-TIME**
     Those who work a regular schedule of less than 20 hours each week and generally work evenings, Saturdays, and Sundays.

D.   **RESERVE/ON-CALL**

E. WEEKENDERS

Those who work on Saturday and/or Sunday only.

F. SEASONAL

Those hired to work for a temporary period of time not to exceed 120 days from September 1 through January 31.

The 'o work an irregular schedule and only when they are called in to pro.vide additional staffing for special sales or peak workloads.

## Sales Manager Training Program

The Sales Manager Training Program is a developmental training program for non-executives in sales. The program consists of both formalized on-the-job and classroom training assignments. Participants in this program are nominated by their store General Managers. Final selection into the program is contingent on interviews with senior store management.

For a brochure containing further information, please contact your Human Resources Manager.

## JOB ABANDONMENT

If you fail to report to work or to call Human Resources or your supervisor to report your absence for three consecutive scheduled work days, or one full week's scheduled hours, whichever is less, you will be deemed to have voluntarily abandoned your job, and your employment will be terminated immediately.

## JOB POSTING

The company job posting program is designed to provide a competitive, nondiscriminatory, standardized means of offering hourly associates opportunity for professional growth and advancement. Vacancies will be filled by qualified internal candidates whenever possible. Candidate selection will be made, and offers of employment extended, without regard to age, race, gender, religion, color, national origin, disability, marital status, sexual orientation, citizenship, veteran's status, and/or any other characteristic protected by federal, state, or local laws.

Consistent with company policy, associates will be selected for positions based on their qualifications. Qualifications will be determined by the company on

the basis of performance, capability, interest, and availability. The mo. qualified candidate should be offered the available position. Where qualifications are equal, seniority shall be the determining factor in making promotions from one classification or grade to another.

In addition to the company's formal procedure of posting some job openings, semi-annually in January and July, associates may state their interest in changing from one job status (Full-time, Regular Part-time, Part-time) to another. See your location Human Resources representative for further details.

> **The Job Posting program provides an excellent opportunity for professional growth and advancement.**

## LOCKERS

In some locations, associate lockers may be available for personal belongings. Where space allows, you may be assigned a personal locker. In other instances, you may be able to take advantage of "daily use" lockers. In no instance will the company assume any responsibility or liability for your personal belongings.

Lockers must be kept clean and free of debris, both inside and in the surrounding area. No graffiti or writing of any kind is allowed on the inside or outside of lockers. Appropriate personal pictures, calendars, sports schedules, etc. are to be attached to the inside of lockers only. All food, drink, and their containers must be removed from lockers each day.

Lockers are considered company property. Therefore, the company retains the right to inspect lockers at any time.

## LOSS PREVENTION

### Associate Own Goods Form (AOG)

Any item brought into the building or carried out by an associate must be sealed with an Associate Own Goods form (AOG), which can be obtained from the Loss Prevention department.

## Inspection

All personal packages (i.e., handbags, backpacks, etc.) are subject to visual inspection by Loss Prevention as you leave the building.

## Investigations

Any potential loss to the company can have a negative impact on our ability to achieve our company's goals and objectives. As such, the Loss Prevention department is responsible for investigating such potential losses. As an associate, you have a responsibility to cooperate fully in any Loss Prevention investigation. Failure to do so may impede the company's investigation. Therefore, lack of cooperation with Loss Prevention will be considered a violation of company policy which may result in disciplinary action up to and including discharge.

## Shortage

A shortage occurs when the actual quantity and price point of our merchandise does not equal our company's records. As an associate, you share in the responsibility of helping to reduce the company's shortage(s). You are expected to notify the Loss Prevention department of any suspicious or known activity which may result in a shortage to the company. Under no circumstances are you to attempt to get involved with the situation beyond notifying the Loss Prevention department.

## Silent Witness

The Silent Witness Incentive Award Program provides you with an opportunity to help reduce shortages caused by dishonest associates. The program offers substantial cash awards for providing information regarding dishonest acts. When you have information regarding the dishonest act of a fellow associate, please call the Director of Loss Prevention at (703) 558 - 1783 (call collect, if necessary). All parties are expected to treat this information as confidential.

> **The Silent Witness Program provides you with an excellent opportunity to help reduce shortages.**

## MEAL PERIODS/BREAKS

Your breaks and meal periods are based upon company policy and the needs of the business. If you are working a shift of five (5) hours or more, you will receive a paid break of fifteen (15) minutes. When you are working a shift of more than six (6) hours, you will receive an unpaid meal period of not less than one-half (½) hour, in addition to your paid break. Meal period length will be determined based on the length of your scheduled work shift. If you have specific questions, please ask your Human Resources Manager.

## STANDARDS OF ASSOCIATE CONDUCT

The company expects associates to follow the company's standards of conduct. It is not possible to list all forms of behavior that are considered unacceptable in the workplace. Associate misconduct will result in disciplinary action, up to and including immediate termination of employment. Examples of misconduct are outlined below.

A. Gross Misconduct. These violations may result in immediate termination without prior warning.

1. Fraud or theft.
2. Possession, removal or any use of company documents or property, or the property of another associate or customer, without appropriate management approval.
3. Falsification (in fact or by omission) of company documents. This includes, but is not limited to, employment applications, employment records, time records, pension and profit sharing plan, insurance and medical plan applications and records, credits, refunds, and productivity reports.
4. Swiping/signing/clocking time for another associate or having another associate swipe/sign/clock one's own time.
5. Carelessness in handling cash funds or merchandise which may or may not result in a loss to the company, or failing to immediately validate/complete a transaction according to policy.
6. Collusion with others to steal from or defraud the company.
7. Marking down or under ringing merchandise without proper prior approval from a member of management; purchasing salvaged merchandise.
8. Destruction or abuse of company property or the property of others.
9. Reporting for work or working under the influence of alcohol or illegal drugs.

10. P.  sion, distribution, sale, transfer, or use of alcohol or illegal drugs in the workplace, or while operating employer-owned vehicles or equipment.

11. Unauthorized utilization of company supplies, facilities, property or merchandise.

12. Gross insubordination.

13. Inappropriate or disorderly conduct while on company time or company property. This includes, but is not limited to, horseplay, fighting, threatening violence, and creating a nuisance or disturbance.

14. Being in collusion with other individuals to, or adjusting one's own credit account status to reflect the account in good standing or increase one's credit limit.

15. Mistreatment of others, including sexual or other unwelcome harassment in violation of company policy.

16. Retaliation against any person(s) involved in an official company investigation or an investigation conducted by the EEOC or any other governmental agency.

17. Unauthorized divulgence of company business or unauthorized possession of company records.

18. Job Abandonment - Absence for three consecutive scheduled work days, or one full week's scheduled hours, without calling the Human Resources department or supervisor.

19. Writing a check against a non-existent or closed account.

20. Gaining unauthorized access or permitting an unauthorized person to access Hecht's & Strawbridge's computer systems.

21. Hacking or gaining access to systems or accounts you are not authorized to use.

B. Misconduct. These violations may result in written warnings (as outlined in the progressive counseling program) or termination of employment, as management deems appropriate.

1. Failure to adhere to assigned work schedules.
2. Failure to follow procedure for notifying management if absent from work or assigned work station.
3. Failure to follow dress standards.
4. Unauthorized use of company telephones for reasons other than company business or conducting personal business while on company time.
5. Failure to meet company job performance standards and company operating procedures. This includes, but is not limited to, productivity, attendance, customer service, business transactions as well as other performance/behavior criteria.

34

6. Failure to report accidents, fire or violations of company po    o the appropriate company officials or designated persons.
7. Violating safety regulations and/or in any way jeopardizing the health or safety of oneself, other associates or customers.
8. Sleeping during working hours.
9. Use of any portable personal electronic equipment including beepers, recorders, radios, televisions, cameras, cellular telephones, unless engaged in a legitimate business purpose.
10. Failure to immediately submit all found items to the designated Lost & Found.
11. Smoking in any area of the building.
12. Making personal financial arrangements with customers. Unless otherwise approved by the company, accepting gratuities or gifts from manufacturers, vendors, or customers.
13. Misuse of discount privileges by an associate or an associate's dependents.
14. Unauthorized presence in restricted areas or on store property outside regular hours.
15. Writing or cashing personal checks against insufficient funds.
16. Excessive or frequent borrowing of money from other associates.
17. Completing or authorizing a sale, refund or adjustment for yourself or your relatives.
18. Customer complaints.
19. Completing a transaction using an associate number other than one's own.
20. Failure to follow proper package checking procedure.
21. Making a public announcement which commits the company to any course of action without prior approval.
22. Any other action, which, in the determination of management, is detrimental to the orderly operation and integrity of the company's business or damages the reputation of the company or its associates.

## NO SOLICITATION/NO DISTRIBUTION

• Your work deserves your full attention during scheduled working time. In order to maintain a business environment for our customers and associates, associates may not during the hours that the store is open engage in solicitation or distribution of any kind, on the sales floor, in public elevators, public escalators, public stairways, or public corridors at any time. For those areas of the store not described in the above paragraph, associates are not permitted to solicit other associates for any purpose while either person is on working time, and associates may not distribute solicitation

35

materials o    / kind in any working areas. Solicitation in the areas described in the above paragraph is, as stated, prohibited even during an associate's non-working time.

Working time is any time when an associate is required to be engaged in the performance of his/her job duties, but does not include an associate's breaks or lunch periods. Working areas include all offices, including central offices, and all other parts of the store in which business is conducted (including retail and other areas described in the first paragraph, stock rooms, and loading areas). It does not include non-work areas such as locker rooms, break rooms, and rest rooms.

In order to maintain a business environment, associates who are off-duty shall not be allowed in those parts of the store which are not open to the general public, such as associate break rooms or lounges. Scheduled associates are permitted, however, to be in these areas up to thirty minutes before their scheduled starting time and thirty minutes after their scheduled quitting time. During an associate's off-duty visits to the store to pick up his/her paycheck, the associate is permitted to visit the break room for a few minutes.

- Literature or products regarding solicitation should not be left in any non-work area.
- Solicitation using E-mail or any internal correspondence is prohibited.
- A solicitation cannot involve the sale of any product that is in competition with merchandise sold by the company.
- The company does not permit any kind of distribution or solicitation by non-employees on Company premises at any time.
- This policy applies to solicitation and distribution for any purpose, including but not limited to charities, outside insurance, punch boards, raffle schemes, lottery tickets, sports pools, magazine clubs, labor organizations, societies, lodges, and the like.
- This rule does not apply to materials distributed as part of the associate's job duties or materials that are related to Hecht's & Strawbridge's business, including a small number of broad based Company supported charitable beneficent causes.
- It is a violation of these rules to either solicit or be solicited in a prohibited manner.

## OPEN DOOR POLICY

Hecht's & Strawbridge's is committed to having a productive working relationship with you through our Employee Relations programs. We wish to provide a work environment conducive to productivity and satisfaction. Our Open Door management philosophy is essential to this positive work environment.

36

In most instances, your immediate supervisor is the person best qualif    ) address an issue (e.g., approve a time off request, etc.) or answer a que....on. We urge you to frequently communicate with your supervisor for the continued improvement of your work area and the company.

We realize there may be times when you would like to discuss a concern or problem with someone other than your immediate supervisor. You have a right to bring the matter to the attention of your Human Resources Manager or another member of management at your location.

If the problem cannot be solved by your management, you are encouraged to contact the Office of Labor & Employee Relations, the Senior Vice-President of Human Resources, or any other member of management.

The company's Open Door management philosophy is emphasized and enforced at every location, providing all associates an avenue for individual appeal and review without fear of reprisal.

> **Our Open Door policy is essential to our positive work environment.**

## PAY

### Pay Period/Pay Day

The company's work week (pay period) is defined as Sunday through Saturday. Paychecks will be available on Friday of each week and will reflect the previous week's recorded hours. In the event that a pay day falls on a bank holiday, other arrangements will be made to provide associates with their compensation.

### Overtime

Hours worked over eight (8) in one day or forty (40) in one work week will be paid at one and one-half times the associate's hourly rate. In all computations of overtime/premium pay, there will be no duplication of overtime.

## PERFORMANCE APPRAISAL

Associates in our stores and Central Office facility are reviewed annually by their immediate executive level supervisor. If you are hired into a Full-time,

37

Regular Par : or Part-time position prior to 1/1 of any given year, you will have your pe...rmance appraised against the company's standards for the fiscal year which ends in January. Performance Appraisals are generally administered by the end of April and include an assessment of the associate's performance for the stated period, goals for future development, and any applicable merit increase in rate.

## PERSONAL BUSINESS

You may not make or receive personal telephone calls or conduct personal business during work time. In the event that a friend or family member needs to reach you for an emergency situation, the call should be directed to the Human Resources Office. The Human Resources representative or senior executive will make every reasonable effort to contact you immediately.

## PERSONAL INFORMATION CHANGES

You should notify the Human Resources Office any time there is a change in your personal information (i.e., name, address, marital or family status, etc.) within 30 days of the change. Failure to do so could result in jeopardizing benefits or tax status. It is incumbent upon you to verify the accuracy of your personal information contained in company records.

## PROGRESSIVE COUNSELING

When your job performance and/or behavior is below the company's expectation, you are generally given an opportunity to improve. To this end, the company has established a progressive disciplinary process. However, instances of misconduct or gross misconduct may result in a more severe disciplinary step up to and including immediate discharge. The progressive discipline process for associates who have completed their initial 90 day probationary period, in general, is as follows:

A. Verbal warning. The purpose of a verbal warning is to advise you of your deviation from the standard and to reiterate the expected performance/behavior.

B. Formal written corrective. A corrective interview form will be completed by your Executive level supervisor. The circumstances surrounding your deviation from standard should be outlined and a formal action plan established.

C. Formal written warning. The company's corrective interview form is used. The purpose of a written warning is to advise you that you have placed your

job in jeopardy by continued/flagrant disregard for company poli actice. An action plan will be written outlining the expected performance/behavior as well as the consequences of continued deviation from company standard.

D. Final written warning. In the event that your job performance or behavior in the workplace does not improve to an acceptable or better level after receiving formal written warnings, a final written warning will be issued. The action plan will include the expected immediate improvements in behavior/performance. It will state that you are placed on a final written warning, with no additional warnings to be issued.

## RECOGNITION

### Productivity

A productivity system has been implemented in most areas of our stores to provide a basis for recognizing exceptional performance. Monthly, our stores recognize selling stars in many zones or departments. In addition, sales associates who attain extraordinary sales volume levels may qualify for inclusion in the President's Club.

### Attendance

Each of us play an important role in the company's ability to provide exceptionally friendly service to our customers. Certainly, an important element is working when scheduled. Therefore, each location makes every effort to regularly recognize those associates who achieve perfect attendance.

### Customer Service

As we all know, customer service is of ever increasing importance in a competitive retail climate. Therefore, in order to differentiate ourselves from the competition, we have developed a Friendliness Recognition program for our store associates. If you qualify, you are eligible to be recognized as a star performer in one of four levels of distinction: gold star, burgundy star, ruby star, and the coveted diamond star level.

### Service

Annually, each location holds a Service Recognition event to recognize associates who have from 5 to 50 years of service with the company. Each associate at a service plateau of 5, 10, 15, 20, 25, 30, 35, 40, 45, and 50 years of service will be recognized for their service and dedication to the company.

---

> **Remember: Excellent results are recognized. Strive for the best!**

## REQUEST TO TRANSFER

You may initiate a request to transfer to another position in the company if you have completed six (6) months of continuous service in your respective department and are in good standing. You must complete a Request to Transfer Form/Job Vacancy Application and submit the request to your Human Resources Manager. The location Human Resources Manager will process the request by submitting the Request to Transfer Form/Job Vacancy Application along with the Associate's Attendance Record and a copy of the most recent productivity report to the hiring manager or location Human Resources Manager.

Associates will be selected for positions based on their qualifications (see Job Posting).

See your Human Resources Manager if you wish to request to transfer to another division of May.

## SCHEDULING

### Reporting Absences/Tardiness

You are expected to adhere to your assigned work schedule. In the event that an emergency arises and you are unable to work as scheduled, the Human Resources Office must be notified in advance. This applies to absences, lateness, and instances where you may need to leave work earlier than scheduled.

### Working Hours

As an hourly associate, you are responsible for accurately reporting your personal working hours. No hourly associate, other than an authorized Human Resources representative, is permitted to record working time for another associate.

40

---

You should record your working time by swiping/clocking in as follo...

Associates with a scheduled meal period should have 4 swipes/clockings per day.

1. IN when arriving for work.
2. OUT when going on scheduled meal period.
3. IN when returning from scheduled meal period.
4. OUT when leaving at the end of scheduled shift.

Associates without a scheduled meal period should have 2 swipes/clockings per day.

1. IN when arriving for work.
2. OUT when leaving at the end of scheduled shift.

A No ID form may be substituted for swiping/clocking on a temporary basis. In the event that you must utilize a No ID form, it must be verified and authorized by an Executive Level Supervisor. You are not permitted to swipe/clock in prior to 6 minutes before your scheduled start time.

> **Remember: You must always clock in and out for your shifts and meal breaks.**

## SEXUAL HARASSMENT

It is Hecht's & Strawbridge's policy that sexual harassment of any associate constitutes a violation of company policy. No one, either male or female, should be subjected to inappropriate or unwelcome sexual conduct, verbal or physical, in the workplace.

Inappropriate or unwelcome sexual behavior clearly hinders performance, violates company policy, and may be unlawful. Even if it does not meet the legal definition of sexual harassment, inappropriate or unwelcome sexual behavior is a company policy violation we will not tolerate.

EEOC guidelines define sexual harassment as:

*"Unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature...when (1) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment, (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual or (3) such conduct has the purpose or effect of substantially interfering with an*

41

*individ    "...work performance or creating an intimidating, hostile, or*
*offensi.    srking environment."*

We recognize that there can be a question as to whether a particular action or incident is part of a purely personal, social relationship with no harassing effect. We review the particulars of each situation to determine the facts.

We will act promptly to investigate every sexual harassment complaint and to remedy the situation effectively when a violation of company policy has occurred. We will treat sexual harassment as we do any other form of associate misconduct, and we will take disciplinary action, up to and including termination, as management determines to be appropriate.

If you believe you have experienced, witnessed, or learned of sexual harassment in the workplace, you should immediately notify your Human Resources Manager or another member of management with whom you are comfortable. This is to ensure that we can take appropriate action to determine whether company policy has been violated and, if so, to prevent similar conduct in the future.

As in all such matters, the privacy of the associate will be respected to the extent possible. Company policy forbids retaliation against anyone who has made a sexual harassment complaint or assisted in an investigation.

For more information about sexual harassment and our complaint procedure, please refer to the "A Matter of Respect" brochure which is distributed to every Hecht's & Strawbridge's associate. If you need another copy of the brochure, it is available from the Human Resources Office at your location.

## SMOKE-FREE WORKPLACE

Smoking in any area of our stores, or within 10 feet of any entrance or exit, violates company policy.

## UNITED WAY CAMPAIGN

Hecht's & Strawbridge's participate in many community activities but permits only one fund raising drive among our associates - THE UNITED WAY campaign. Every associate is fully encouraged to participate in this annual campaign which supports hundreds of community agencies and thousands of individuals throughout our markets.

42

## WORKPLACE VIOLENCE PREVENTION

Hecht's & Strawbridge's strives to prevent workplace violence and to maintain a safe work environment. You should treat every other associate with courtesy and respect at all times. You are expected to refrain from fighting, "horseplay," or other conduct that may be dangerous to others. We will not tolerate conduct that threatens, intimidates or coerces another associate or any visitor, customer or vendor.

You must report any threats of violence, disturbances or actual violence immediately to your immediate supervisor or any other member of management. This includes actions or statements by associates, as well as by visitors, customers or vendors. When reporting any such statement or action, you should be as specific and detailed as possible.

We will promptly and thoroughly investigate all reports of such actions or statements. We will keep the identity of the individual making the report confidential to the extent that is practical. In order to maintain workplace safety and the integrity of the investigation, an associate may be suspended, pending the outcome of the investigation.

If it is determined that you are responsible for threats or actual violence or other conduct that is in violation of this policy, you will be subject to serious disciplinary action up to and including termination.

You are encouraged to bring disputes or differences with other associates to the attention of an executive level supervisor or any member of management before the situation escalates. Hecht's & Strawbridge's is eager to assist in the fair and prompt resolution of associate concerns.

> **Hecht's & Strawbridge's strives to provide an environment free of harassment and workplace violence.**

Again, welcome to Hecht's & Strawbridge's. We're glad to have you on our team!

43

## Associate Acknowledgment

I hereby acknowledge that I have received a copy of Hecht's & Strawbridge's Associate Handbook (2001 edition) and that I am responsible for becoming familiar with its contents and complying with the policies and work rules it contains. I understand that nothing contained in this handbook or any other documents to which it refers shall be construed to create an employment contract, either expressed or implied, or any other contract, between myself and Hecht's & Strawbridge's, or be deemed to alter the employment at will relationship that exists between Hecht's & Strawbridge's and me.

In addition, I understand that the policies and procedures described in this handbook are subject to interpretation at the discretion of Hecht's & Strawbridge's management and that Hecht's & Strawbridge's reserves the right to change these policies and procedures from time to time as it deems appropriate.

I understand that this handbook only summarizes the benefit plans and programs that it describes and that the legal documents governing those benefit plans and programs set forth all of the terms and provisions of those plans and programs. I also understand that Hecht's & Strawbridge's can amend, modify, or terminate those plans and programs at any time. In addition, I understand that the legal plan documents will govern if there is any difference between what the legal documents specify and statements in this handbook.

I understand that employment with Hecht's & Strawbridge's is not for a stated period. Either Hecht's & Strawbridge's or I may discontinue the employment relationship at any time with or without cause or prior notice. Only the Chairman, President, Chief Financial Officer or Senior Vice-President of Human Resources of The May Department Stores Company, has the authority to enter into an agreement with me contrary to the foregoing, and then such an agreement must be in writing and signed by one of these Company officers and me. No other practice, written or oral policy, or statement by anyone, including other management personnel, can alter this employment relationship.

_____     _____     _____
Associate Signature                                 Printed Name                                      Date

### Associate Acknowledgment

I hereby acknowledge that I have received a copy of Hecht's & Strawbridge's Associate Handbook (2001 edition) and that I am responsible for becoming familiar with its contents and complying with the policies and work rules it contains. I understand that nothing contained in this handbook or any other documents to which it refers shall be construed to create an employment contract, either expressed or implied, or any other contract, between myself and Hecht's & Strawbridge's, or be deemed to alter the employment at will relationship that exists between Hecht's & Strawbridge's and me.

In addition, I understand that the policies and procedures described in this handbook are subject to interpretation at the discretion of Hecht's & Strawbridge's management and that Hecht's & Strawbridge's reserves the right to change these policies and procedures from time to time as it deems appropriate.

I understand that this handbook only summarizes the benefit plans and programs that it describes and that the legal documents governing those benefit plans and programs set forth all of the terms and provisions of those plans and programs. I also understand that Hecht's & Strawbridge's can amend, modify, or terminate those plans and programs at any time. In addition, I understand that the legal plan documents will govern if there is any difference between what the legal documents specify and statements in this handbook.

I understand that employment with Hecht's & Strawbridge's is not for a stated period. Either Hecht's & Strawbridge's or I may discontinue the employment relationship at any time with or without cause or prior notice. Only the Chairman, President, Chief Financial Officer or Senior Vice-President of Human Resources of The May Department Stores Company, has the authority to enter into an agreement with me contrary to the foregoing, and then such an agreement must be in writing and signed by one of those Company officers and me. No other practice, written or oral policy, or statement by anyone, including other management personnel, can alter this employment relationship.



Associate Signature _____ Printed Name _____ Date _____

45

DEPOSITION
EXHIBIT
Doff's 2
11/29/05 - 95-7
PENGAD 800-631-6989



**strawbridge's**

2/27/04

J.D had thrown books on the floor and pretended to trip over them. I said "only if that really happen". I was siting sideways and J.D. pushed me from behind with a book, ~~allowed~~ with foued making my my face hits the back of the chair which contacted with my ~~teeth~~; feeling as if they were knocked out, grabing my mouth I said God Damn it go you hit my ~~teeth~~ on the chair he ~~started~~ laughing I reacted without thinking by hitting him ~~backwards~~ back sideways.

*Renee Byrd*

V.Watson - Renee hit J.D while facing foward-she states she reacted to the pain in her mouth by hitting him - he was directly behind her chair + she just reacted

Per Veronica - Renee denied calling him a "fucky asshole".

Thank you for shopping at **strawbridge's**



DEPOSITION EXHIBIT 4

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENEE W. BYRD,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      No. 04-1554
                                        )
THE MAY DEPARTMENT STORES CO.,          )
                                        )
            Defendant.                  )

RECEIVED
JAN 06 2006
H&F

## AFFIDAVIT OF VERONICA WATSON

I, Veronica Watson, do hereby declare:

1.      My name is Veronica Watson.  I am currently employed as the Human Resource Manager for the Federated Retail Holdings, Inc., f/k/a The May Department Stores Company, d/b/a Strawbridge's ("Strawbridge's") store in Concord, Delaware.  I have been employed in this position since February 8, 1999.  The following information is based upon my personal knowledge:

2.      As part of my job responsibilities, I am called upon to review and make certain decisions related to employee issues at the store level.  I also am familiar with company policies, and I understand what employee actions, or inactions, qualify as violations of such policies.  I am also familiar with Strawbridge's Equal Employment Opportunity Policies.

3.      On approximately February 27, 2004, a furniture associate in my store, J.D. Fleisher, reported to me that he hit the plaintiff in this case in the back of the head, and that she responded by hitting him three times in the face.

4.      I wrote a written statement at the time documenting what Mr. Fleisher told me.  A true and accurate copy of that statement is attached to defendant's brief as Exhibit C.

5.      Later the same day, after my conversation with Mr. Fleisher, I spoke with the plaintiff. She admitted, among other things, that she struck Mr. Fleisher.  I asked her to write a statement to this effect.  A true and accurate copy of that statement is attached to plaintiff's deposition as Exhibit 4.

6.      After getting this statement from plaintiff, I faxed a copy of plaintiff's statement and my summary of what Mr. Fleisher told me to Sally Madden, Manager of Associate Relations, at the central offices for the Company in Arlington, Virginia.

7.      Madden contacted me regarding the situation on or about March 1, 2004. After talking with her, I procured witness statements from other individuals present during the incident between Ms. Byrd and Mr. Fleisher. I also took a photograph of Mr. Fleisher's face. A copy of that photograph is attached to defendant's brief as Exhibit D. I took all these actions at various times between approximately March 1 and March 3, 2004.

8.      I also suspended both plaintiff and Mr. Fleisher on March 1, 2004.

9.      After I secured the information noted above, I forwarded original, or copies, of the witness statements and the photograph to Ms. Madden.

10.      I was not involved in making the decision to separate plaintiff from her employment.

I declare under penalty of perjury under the laws of the United States and the State of Delaware that the foregoing is true and correct.

Executed this __4th__ day of January, 2006, at WILMINGTON, Delaware

_____

Veronica Watson

STATE OF DELAWARE      )
                                            ) SS
CITY OF Wilmington        )

On this __4th__ day of __January__, 2006 before me, the undersigned, a Notary Public in and for the said City and State, personally appeared Veronica Watson, known to me to be the person who executed the attached Affidavit.

IN WITNESS whereof, I hereunto set my hand and official seal.

JAMES R. BOWES
NOTARY PUBLIC • DELAWARE
My Commission Expires 5-29-08

_____
Notary Public

# EXHIBIT C

NO.651    P.9/3    8

2-27-04

ALL ASSOCIATES SITTING TOGETHER IN FURNITURE
DEPARTMENT. J.D FLEISHER WAS JOKING WITH
RENEE ABOUT TRIPPING ON LOOSE RUG. MR.
FLEISHER WAS BEHIND HS BYRD HE TAPPED
HER LIGHTLY WITH HER CLIENT BOOK ON THE
HEAD.
        RENEE BYRD SAID "OWW" THEN CALLED
HIM A "FUCKING ASSHOLE" AND PROCEEDED
TO HIT HIM IN THE CHEST, ARM, + THE
LEFT EYE.
        J.D FLEISHER STATES THE CHAIR WAS
NOT IN FRONT OF HER BUT TO HER SIDE

STATEMENT GIVEN TO

VERONICA WATSON

**EXHIBIT**
6

**EXHIBIT**
C
PENGAD-Bayonne, N. J.

# EXHIBIT D







# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENÉE W. BYRD,              )
                           )
          Plaintiff,       )
                           )
v.                         )      No. 04-1554
                           )
THE MAY DEPARTMENT STORES CO.,   )
                           )
          Defendant.       )

RECEIVED

'JAN 0 9 2006

H&F

## AFFIDAVIT OF DIANE RUBIN

I, Diane Rubin, do hereby declare:

1.    My name is Diane Rubin.  I am currently employed as the Vice President/Director Labor & Employment Relations for Federated Retail Holdings, Inc., f/k/a The May Department Stores Company, d/b/a Strawbridge's ("Strawbridge's").  I have been employed in this position since March 1995.  The following information is based upon my personal knowledge:

2.    As part of my job responsibilities, I am called upon to make decisions, in coordination with my superiors and co-workers in Arlington, Virginia, at the store level relating to whether to retain or discharge employees who violate company policy.  I also am familiar with company policies, and I understand what employee actions, or inactions, qualify as violations of such policies.  I am also familiar with Strawbridge's Equal Employment Opportunity Policies.

3.    I made the decision, in coordination with Bruce Kelso, Senior Vice President of Human Resources, to separate plaintiff from her employment.

## Employment Policies and Training

4.    Strawbridge's Associate Handbook reflects the Company's desire to build and foster diversity in the workplace as well as its general desire to treat all employees, customers, and others equally and with dignity.  A copy of the Associate Handbook in effect during plaintiff's employment is attached to plaintiff's deposition as Exhibit 1.

5.    As stated on pages 33 and 34 of the Associate Handbook, Strawbridge's has a policy against violence in the workplace. A violation of such policy is considered "Gross Misconduct" that is subject to "immediate termination without prior warning."

**The Separation of Plaintiff from Her Employment**

6.    Between approximately March 1 and March 3, 2004, Sally Madden and/or Veronica Watson provided me with information, including a statement signed by plaintiff, indicating that plaintiff had struck a co-worker, J.D. Fleisher, three times in the face with her fist.

7.    I reviewed this information with Mr. Kelso. On the basis of the information supplied, we jointly determined that plaintiff (African American/Female) and Mr. Fleisher (White/Male) violated the policy against violence in the workplace.

8.    For these reasons, Mr. Kelso and I decided to separate plaintiff and Mr. Fleisher from their employment.

9.    We did not make the decision on the basis of plaintiff's race.

10.    I am not aware of any employee who has violated the policy against violence in the workplace in the fashion admitted by plaintiff without being separated from his or her employment.

11.    Any employee we would find to have violated this policy by acting as plaintiff did in this case would also be terminated.

I declare under penalty of perjury under the laws of the United States and the State of Virginia that the foregoing is true and correct.

Executed this _3_ day of January, 2006, at Arlington, Virginia

_Diane Rubin_
Diane Rubin


STATE OF VIRGINIA        )
                         ) SS
CITY OF ARGLINGTON       )


On this _3_ day of _January_____, 2006 before me, the undersigned, a Notary Public in and for the said City and State, personally appeared Diane Rubin, known to me to be the person who executed the attached Affidavit.

IN WITNESS whereof, I hereunto set my hand and official seal.

_Viclie h. Pettit_
Notary Public

My Comm. Exps. _12/31_, 2006

# EXHIBIT F

2/27

Associates were standing around Renee's desk
Making some lighthearted conversation with friendly
teasing. In this mood J.W approached Renee from
slightly behind and tapped her on the top of
her head. Apparently (I could not actually see this)
her mouth hit the chair. In reaction she shot
her hand up & hit him I believe 3 times
I'm not totally sure but I seemed to connect with the
eye. The other to his body.

Pat Parson

per Pat - Renee did not call him a
"fucking asshole" - Veronica Watsmastold her
this.

per Pat - the tap on her head was
very light - but could have startled
Renee.

EXHIBIT
F
PENGAD-Bayonne, N. J.

# EXHIBIT G

```
TA036 (24.02)              TIME & ATTENDANCE              03/02/04  15:14:33
                          PERSONAL INFORMATION            USER:  70000  A15
DIV/TYPE WB    ASSOC # 990878
STORE 0052    DEPT 2001    EXP CTR 8106    STATUS/TYPE  C    SELL / NON-SELL
NAME LAST RAMSAY_____    FIRST SUSAN_____    MI H     SS # 222 30 1279

ADDRESS 10 BOULDER BROOK DRIVE_____
 ADDT'L _____
  CITY WILMINGTON_____ ST DE ZIP 19803 0000   HOME PHONE 302 762 - 3718

EMERGENCY CONTACT LST NAME SCHEVRER_____    FST KAY_____   PHONE 423 929 - 3645

EMPLOYMENT DATES
HIRE DATE 10/03/92    PRIOR SERV 00/00/00  ADJ SERV 10/03/92

DOB 04/08/45  SEX F  PAY CODE 1  COMM TYPE 80  JOB CODE 0000  PAY GRADE 00
TRANSFER DATE 00/00/00  TRANSFER REASON __  DATE ON PRESENT JOB 00/00/00
TERM DATE 00/00/00        TERM REASON __    REHIRE CONSIDERATION _
LOA TYPE __  LOA BEGIN 00/00/00 LOA EXPECTED RTN 00/00/00 LOA ACT RTN 00/00/00
INJURY DATE 00/00/00    INJURY OCCURRENCE _         AUTO TRANS SWITCH _
-----------------------------------------------------------------------------
F1=MENU      F2=HELP   F5=SCROLL FWD
F10=EXIT     F11=READ NEXT    ENTER=READ
NEXT ASSOCIATE INFORMATION DISPLAYED
```

2M on 3/2/04 - 3:15.

Susan - was there - close by - but looked down right when the whole altercation happened. (at her paperwork)

She did hear Renée yell out about her teeth getting hurt.

EXHIBIT
G
PENGAD-Bayonne, N.J.

# EXHIBIT H

JEFF SNYDER  U.Z.V 1                    NU.180    P.3/3    15

DATE OF INCIDENT 2-27-04  TIME 530pm±
    I was present in the area — RENEE & J.D. Action

I OBSERVED 4-5 sales people Around RENEES DESK
it was slow in the Store J.D was joking about
something towards RENEE. He jestured Bopping
her on the head with a Large NOTEBOOK, but did
NOT do it while I'll was looking at that
moment. I Believed he repeated the
jesture and then did bop her by
accident but not in a malice way.
In doing so RENEE's head (MOUTH) bumped
the back of her chair hitting her
teeth. (I Didn't see the teeth hit only what RENEE SAID)
RENEE became quite upset. and Slung
her fist around Hitting J.D. three TIMES
very quickly in the face or there abouts.

Everyone was quite surprised at The reaction.
    J.D. left right away to get Ice
    for his eye.
    I Didn't see them speak the rest of
Shift. J.D. Left @ 6:15pm ±

                                    Jeff Snyder

EXHIBIT
H

# EXHIBIT I

NO. 180    P.2/3

16

SHIRLEY WAS SITTING AT HER DESK - JD
CAME UP BEHIND RENEE - TAPPED HIM ON
HER BACK WITH PAM PHLET - THEN HE PUSHED
HER (NOT SURE IF WITH HAND OR BOOK)

WENT FACE DOWN ON RIGHT SIDE
HIT MOUTH (CORNER) ODGE OF CHAIR "SHE SAID" "DO YOU
YOU SHAMON'T HANG DONE" THAT 2 TIMES
REALLY HARD

HE DIDN'T REALIZE HE HIT HER MOUTH SHE
- STAYED STILL AFTER FIRST PUNCH
AND GOT HIT AGAIN

- WAS VERY UPSET DECIDED ABOUT MOUTH
HIT HER TEETH ON EDGE OF CHAIR
SHE HAD TO BE PUSHED
HARD TO HIT MOUTH ON CHAIR

- 2 TIMES HARD CORNER OF FACE CLOSED
1 TIME CHEST (MAYBE) FIST
HIT EYE

WAS REALLY A REACTION

3/2/04

EXHIBIT
I

# EXHIBIT J

**strawbridge's**    March 3, 2004

On the day of the incident between Renee Byrd and J.D. Fenton, I was in the area, however, I did not witness the incident.

After the incident, I heard others talking about what happened. Both parties seemed upset about the situation and J.D. moved away from the area quickly and Renee voiced concern about her mouth hitting the back of her chair and that her tooth hurt.

I did not see J.D. hit her, or Renee hit J.D.

_[signature]_

EXHIBIT
J