File No.: PI05-15988
Document No.: 276074

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RENEE W. BYRD,                           )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        No. 04-1554 (SLR)
                                         )
THE MAY DEPARTMENT STORES CO.,           )
                                         )
        Defendant.                       )

### CERTIFICATE OF SERVICE

I hereby certify that on the this 12th day of January, 2006, caused to be placed in the United States Mail, postage prepaid, a true and correct copy of Defendant May Department Stores Co.'s Motion For Summary Judgment, Defendant May Department Stores Co.'s Opening Brief in Support of Its Motion For Summary Judgment and Exhibits To Defendant The May Department Stores Co.'s Opening Brief In Support Of Its Motion For Summary Judgment to:

        Ms. Renee W. Byrd
        2334 Tolstoy Lane
        Newark, DE  19702

                                         HECKLER & FRABIZZIO


                                         DANIEL P. BENNETT
                                         Delaware Bar No. 2842
                                         The Corporate Plaza
                                         800 Delaware Avenue, Suite 200
                                         P.O. Box 128
                                         Wilmington, DE 19899-0128
                                         (302)-573-4800 (telephone)
                                         Attorney for The May Department Stores Co.

Date:  January 13, 2006