# HECKLER & FRABIZZIO

ATTORNEYS AT LAW
THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+
ROBERT J. DEARY*

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

February 1, 2006
Refer to: PI05-15988

**ELECTRONIC FILING**
The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: Renee W. Byrd v. The May Department Stores Co.
C.A. No. 04-1554 (SLR)

Your Honor:

I represent the Defendant, May Department Stores Co., in the above-referenced matter. May Department Stores filed a timely Motion for Summary Judgment in this case. Plaintiff's Answering Brief was due on or before January 27, 2006. Defendant has yet to receive service of Plaintiff's Answering Brief. Therefore, Defendant will not be filing a Reply Brief on or before February 2, 2006, as required by the Court's Order. If Plaintiff has filed an Answering Brief, but Defendant has not been served, Defendant would request seven days from the date of service of the Answering Brief to file a brief reply.

If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/278830
cc: Ms. Renee W. Byrd
2334 Tolstoy Lane
Newark, DE 19702