IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE W. BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1554-SLR |
| | ) |
| MAY DEPARTMENT STORES, CO., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 8th day of February, 2006, defendant having filed a motion for summary judgment and an opening brief on January 12, 2006 in accordance with this court's scheduling order of August 16, 2005, and plaintiff having not filed a response to-date;

IT IS ORDERED that briefing on this motion (D.I. 18) shall proceed in accordance with the following amended schedule:

1. Plaintiff shall file and serve a response to defendant's motion (including an answering brief and accompanying affidavits, exhibits, etc., if any) on or before **March 8, 2006**.

2. Defendant may file and serve a reply brief on or before **March 22, 2006**.

_____
United States District Judge