TO:     PETER T. DALLEO, CLERK
        UNITED STATES DISTRICT COURT
        344 KING STREET, LOCKBOX 18
        WILMINGTON, DE 19801
        (302)573-6170


FROM:   RENEE W. BYRD
        2334 TOLSTOY LANE
        NEWARK, DE 19702
        (302)834 – 2123


COPY TO: DANIEL P. BENNETT
          DELAWARE BAR #2842
          THE COPORATE PLAZA
          800 DELAWARE AVENUE, SUITE 200
          P.O. BOX 128
          WILMINGTON, DE 19899-0128
          ATTORNEY FOR THE MAY DEPARTMENT STORES CO.
          (302) 573-4800


                    1 OF 3



FILED
MAR -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RENEE W. BYRD.

    Plaintiff,

    v.                                      Civ. No. 04-1554-SLR

MAY DEPARTMENT STORES., CO.,

    Defendant.

## RESPONSE

It simply appears that the May Departments Store (here after to be called Strawbridge's) did not applied their rule of zero percent tolerance of be physically contacted (being hit, pushed, etc) when it comes to Laurie Ableman and white female. I was employment by Strawbridge's for twenty-two years and was know as a star employee, with many awards given for sales and customer service. Laurie Ableman on the other had many negative/bad complaints in her file. Why Laurie would be giving numerous chances, when my open mouth was slammed into the back of a wooden chair and I did react back with frustration when J.D. Fleischer was laughing. It was a reaction on my part, while on the other hand Laurie Ableman got out of her seat while on the phone to push me with force, sending me to catch myself. Laurie by Strawbridge's had been given many chances with many negative write ups. While, I reacted (and with a great customer service record) got fired with one incident. Many managers and employees can validate both Laurie and me.

I hope, this is what's needed in my response and I hope Laurie name is spelled correctly.

*Renee W. Byrd*

Renee W. Byrd, Plaintiff
MARCH 7, 2006

FILED
MAR - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**RENEE W. BYRD**
   Plaintiff,

V.                                No.04-1554 (SLR)

THE MAY DEPARTMENT STORES CO.
   Defendant,

CERTIFICATE OF SERVICE

I herby certify that on this 7th day of March 2006, caused to be placed in the United States Mail postage prepaid a true and correct copy of Plaintiff Renee W. Byrd Motion for Summary Judgment, Plaintiff Renee W. Byrd's Opening Brief in Support of its Motion for Summary Judgment and Exhibits to Plaintiff Renee W. Byrd Opening Brief In Support Of Its Motion for Summary Judgment for:

Daniel P. Bennett
Delaware Bar No. 2842
The Corporation Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, De 19899-0128
Attorney for The May Department Stores Co.

RENEE W. BYRD

*/s/ RW Byrd*

PLAINTIFF
2334 TOLSTOY LANE
NEWARK, DE 19702
(302)834-2123

DATE:   MARCH 7, 2006



To: Peter T. Dalleo, Clerk
United States District Court
344 King St, Lock box 18
Wilmington, DE 19801

Renee Byrd
2334 Tolstoy Pl.
Newark, DE 19702

