IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENEE W. BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1554-SLR |
| | ) |
| MAY DEPARTMENT STORES, CO., | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of October 27, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant May Department Stores Co. and against plaintiff Renee W. Byrd.

_____
United States District Judge

Dated: October 27, 2006

_____
(By) Deputy Clerk